**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 56 WM 2016
:
     Respondent : 
:
:
:
:
    v. : 
:
:
:
SEAN JOSEPH GRAHAM, : 
:
     Petitioner : 


## ORDER


**PER CURIAM**

  **AND NOW**, this 21st day of June, 2016, the Application for Leave of Court to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.